**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6486

WILL CATER, JR.,

Plaintiff - Appellant,

versus

STEPHEN O. SIMPSON, Sheriff; DIANE ANTHONY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Raymond A. Jackson, District
Judge.  (2:05-cv-00691-RAJ)

Submitted: July 25, 2006              Decided: August 2, 2006

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Will Cater, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Will Cater, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cater v. Simpson, No. 2:05-cv-00691-RAJ (E.D. Va. Mar. 2, 2006). We deny Cater's motion for corrections authorities to escort him to hearings. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED